(22)

**FILED**

Feb 21 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/jenniferr      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. '13 CR645 MMA |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., |
| JUAN CARLOS ) | Secs. 1324(a)(1)(A)(ii) and |
| CANIZALEZ-GARCIA (1), ) | (v)(II) – Transportation of Illegal Aliens and Aiding and |
| LUIS GARCIA (2), ) | Abetting |
| Defendants. ) | |

The United States Attorney charges:

On or about January 31, 2013, within the Southern District of California, defendants JUAN CARLOS CANIZALEZ-GARCIA and LUIS GARCIA, knowing and in reckless disregard of the fact that an alien, namely, Maria Guadalupe Ortega-Chavez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move said alien, within the Southern District of California, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 2·21·13 .

LAURA E. DUFFY
United States Attorney

For MARK W. PLETCHER
Assistant U.S. Attorney

MWP:kot:San Diego
2/20/13