

AO 455 (Rev. 5/85) Waiver of Indictment



FILED
FEB 28 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| LUIS GARCIA (2) | CASE NUMBER: 13CR645-MMA |

I, LUIS GARCIA, the above-named defendant, who is accused of committing the following offenses:

Attempted Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 2/28/13 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Luis Garcia_
Defendant

_____
Defense Counsel

Before _____
Judicial Officer