# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 13CR0645-MMA-2 |
| Plaintiff, | ORDER |
| v. | |
| LUIS GARCIA (02), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Information.

Dated: 3/4/2013

MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE

13CR0645-MMA